UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-01552-SP | Date | July 8, 2024 |
|---|---|---|---|
| Title | JAIME QUINTERO v. MARTIN O'MALLEY, Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | | |
|---|---|---|---|
| Kimberly Carter | n/a | n/a | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On February 25, 2024, plaintiff filed a Complaint, seeking review of a decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The Supplemental Rules for Social Security provide, among other things, that plaintiff must file and serve a brief for the requested relief within 30 days after the answer (or administrative record) is filed, or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later. Supp. R. Soc. Sec. 6.

Defendant filed his answer, in the form of the administrative record, on April 29, 2024, and no motion has been filed. Plaintiff's brief was therefore due on May 29, 2024.

To date the court has received no brief from plaintiff. Nor has plaintiff requested or obtained an order from the court granting an extension of time to file plaintiff's brief. It therefore appears that plaintiff has violated the Supplemental Rules for Social Security and is not properly prosecuting this matter.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **July 23, 2024** why this action should not be dismissed for failure to prosecute. Plaintiff may discharge the Order to Show Cause by filing, not later than July 23, 2024, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve plaintiff's brief.

**The court warns plaintiff that failure to respond to this Order to Show Cause**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-01552-SP | Date | July 8, 2024 |
|---|---|---|---|
| Title | JAIME QUINTERO v. MARTIN O'MALLEY, Commissioner of Social Security Administration | | |

**by July 23, 2024, or further failure to prosecute this action in accordance with the Supplemental Rules for Social Security and court orders, may result in dismissal of this action for failure to prosecute.**