Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Jaime Quintero

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME QUINTERO,<br>  Plaintiff,<br>vs.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>  Defendant. | Case No.: 2:24-cv-01552-SP<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND SIX HUNDRED DOLLARS** ($5,600.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 17, 2025

_____
HON. SHERI PYM
United States Magistrate Judge